# THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| S & H Transport, Inc. | : | |
| | : | |
| v. | : | No. 242 C.D. 2017 |
| | : | |
| City of York, | : | |
| Appellant | : | |

# **O R D E R**

AND NOW, this 21st day of December, 2017, the opinion filed October 5, 2017, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, Senior Judge